**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Linda Justice,
Plaintiff

v.

C.A. No. 04-506ML

Stanley Fastening Systems, L.P.;
The Stanley Works; &
Stanley Bostitch
Defendants

## DISMISSAL STIPULATION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants in the above matter stipulate to the dismissal of this action in its entirety including all claims and counterclaims. This dismissal is with prejudice and without any award of fees, costs or other monetary sanctions to either Plaintiff or Defendant.

Plaintiff
By His Attorney

Stephen Fanning

Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

Defendants
By Their Attorney

Thomas Lyons (by permission)

Thomas W. Lyons #2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700

Enter: Mary M. Lisi
USDJ 7/18/05